UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST RYDELL TOLLIVER,<br><br>        Plaintiff.<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.26-cv-05534-SVK<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*.  Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application.  Pursuant to the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), no summons or order of service need follow.

**SO ORDERED.**

Dated: June 10, 2026

_____

SUSAN VAN KEULEN
United States Magistrate Judge